**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SAUL GREGORIO MARTINEZ,
                          *Petitioner,*

v.

MICHAEL B. MUKASEY, Attorney
General,

                          *Respondent.*

No. 04-72975

Agency No.
A070-217-803

ORDER

Filed November 7, 2008

Before: Harry Pregerson, John T. Noonan and
Stephen S. Trott, Circuit Judges.

_____

**ORDER**

The Opinion, Concurrence, and Dissent filed October 6,
2008, slip op. 14193, are withdrawn. It may not be cited as
precedent by or to this court or any district court of the Ninth
Circuit. A new Opinion will follow in due course.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.